UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JON ELLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF EL DORADO,<br><br>    Defendant. | No. 2:22-cv-0642 AC P<br><br><br>ORDER |

    Plaintiff, a county prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 20, 2022

                              /s/ Allison Claire
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE